```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00319 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| JOSEPH AVILA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy Kroger, attorney for Joseph Avila, that the status conference set for January 9, 2012 be continued to January 23, 2012. The undersigned Assistant U.S. Attorney is scheduled to appear before the 9th Circuit Court of Appeals for oral argument at 9:30 a.m. on January 9, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

1

Dated: January 6, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 6, 2012                    /s/ Jeremy Kroger
                                          JEREMY KROGER
                                          Attorney for Joseph Avila


Good Cause exists.   Time is excluded.   Granted.

IT IS SO ORDERED.

**Dated:   January 6, 2012**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE