DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH AVILA, <br><br> Defendant. | No. 1:11-CR-00319 LJO <br><br> STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER <br><br> Date: August 6, 2012 <br> Time: 10:3 0 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense motions in limine in the above-captioned matter may be filed on or before **July 25, 2012,** with all dates and deadlines to remain the same.

The parties have reached a tentative plea agreement. Moving this motions due date will provide time for defense counsel to send the plea agreement to Mr. Avila at Lerdo jail and discuss it with him by telephone, while at the same time preserving the trial date in the unlikely event that the agreement falls through.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                              LAWRENCE BROWN
United States Attorney

DATED: July 11, 2012    By:    /s/ *Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 11, 2012    By:    /s/ *Jeremy Kroger*
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
JOSEPH AVILA




**O R D E R**

**Granted.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   July 12, 2012**         /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE